# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNELL EDWARDS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BARACKA OBAMA, et al.** | : | **NO. 15-3537** |

## MEMORANDUM

**MCHUGH, J.**                                                                   **JUNE 25, 2015**

      Plaintiff Vernell Edwards brought this civil action against President Obama, "Philadelphia owner of the State of Pennsylvania," Will Smith, "Social Security Owner," Bill Gates, "The Richest Man in the World," Prince Charles of England, Donald Trump, Howard Hughes, and "All the Presidents of the United States of America." He seeks leave to proceed *in forma pauperis*. Plaintiff's motion to proceed *in forma pauperis* is granted because it appears he is incapable of paying the fees necessary to proceed with this civil action.

      28 U.S.C. § 1915(e)(2)(B)(i) requires the Court to dismiss the Complaint if it is frivolous. A complaint is frivolous if it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). It is legally baseless if "based on an indisputably meritless legal theory," *Deutsch v. United States*, 67 F.3d 1080, 1085 (3d Cir. 1995), and factually baseless "when the facts alleged rise to the level of the irrational or the wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

      I find that Plaintiff's complaint is "wholly incredible." *Id.* For example, the complaint alleges that the basis for the Court's jurisdiction is "[plaintiff's] throne and kingdom of God – King Edwards – Throne and Kingdom – Bill Gates Banks Throne and King – Also Donald Triump [sic] and Howard Huhges [sic] Throne and Kingdom." Plaintiff asserts, among other

things, that he, rather than President Obama, is the President of the United States and that Obama gave him diabetes.  Having reviewed the complaint, the Court concludes that it is legally and factually baseless and that amendment would be futile.  Accordingly, the Court will dismiss the complaint with prejudice.  An appropriate order follows, which shall be docketed separately.

     /s/ Gerald Austin McHugh
United States District Court Judge