GAM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| VERNELL EDWARDS | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| BARACKA OBAMA, et al. | : | NO. 15-3537 |

FILED
JUN 25 2015

ORDER

This 25th day of June, 2015, upon consideration of Plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED** as frivolous for the reasons discussed in the Court's memorandum.

3. The motion that plaintiff attached to his Complaint is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

_____
Gerald Austin McHugh, J.

ENTERED
JUN 25 2015
CLERK OF COURT

6/25/15/mail
Edwards