**GAM**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

VERNELL/EDWARDS - The PResiDent ~~~~~ of the of UNITED STATES of AMERICA - BadgE NumbeR ID # 78234910137 #10 code

(In the space above enter the full name(s) of the plaintiff(s).)

**15   3537**

- against -

PResiDent of UniTED STATES of AMERICA BARACKA O BAMA - PhilaDelphilia owner of the STATE of PhilaDephilia - actor and Hip Hop Rapper Will Smith - Social Security owner - CleaRance MoseMan Bill GaTES - The Richest man in the World Prince Charles of England - Donald Trump - & Howard Huttges or Husseit The Richest MEN in the world - All The Presidents of The UniTEDSTATES of AMERICA

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No
(check one)

FILED
JUN 25 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | PResiDent VerNell Edwards |
| | Street Address | 2601 N Broad Street - Station House - Rear Entrance |
| | County, City | Pennsylvania |
| | State & Zip Code | Philadelphia 19132 |
| | Telephone Number | 646-642-2642 |

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **President Baracka O Bama - and All Residents**
Street Address **1600 Pennsylvania Ave**
County, City **Washington**
State & Zip Code **Washington D.C. 20502**

Defendant No. 2
Name **Actor & Hip Hop Rapper Will Smith**
Street Address **unKnown as of this Point**
County, City
State & Zip Code

Defendant No. 3
Name **Bill Gates is Prince Charles - Clearance Moseman**
Street Address **unKnown as this Point**
County, City
State & Zip Code

Defendant No. 4
Name **Howard Hutthges - Donald Triump**
Street Address **unKnown as this Point**
County, City
State & Zip Code

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions        ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **My Throne and Kingdom of God - King Edwards - Throne and Kingdom - BillGates Banks Throne and King - Also Donald Triump and Howard Hutthges Throne and Kingdom**

C- Facts - Continue / Page - 3 / Defendant - President - Baracka O Bama

A) Facts - Mr. Baracka O Bama - ran for The President of the United State of America Position - vs I being Vernell Edwards - and lost in the Finals my picture in the voters box was not clear for everyone to see - There for Mr. O'Bama kept Rallying in other states after the Finals, and became known as the President, but everyone wanted to know the Person in the box they couldn't see - but my votes was more than Baracka O Bama in the first Term of Mr O Bama the second Term we ran more than once, and I beat Mr. O'Bama each term of Election - First and second term of The President. Position

B) I was sworn in twice mean 2 times to take care of the American People from White House officials - Then I was given the check for the President Position The check now set with Edwards Administration" and the check come from The United States of America Government - a lie detective test can prove these Allegations is true my President wife name is Sabrena Ann Edwards See white cabenet tape & computer

C) I mett with a Different Baracka O Bama that knew, I was the President of the Unites States of America, and he stated to me he is the Real Baracka O Bama and he isn't the President, but the President Baracka O Bama destroying his life and Mr. O Bama state his suffering, and started a law suit, and sued me as the President of the United States of America, for a lot of money, and he did win The law suit in Agreements - with my lawyers and Mr. Baracka O Bama lawyers we became close friends, and I ask him to go my college I own for politic" and he did at my college I own call Harvard university - Then Mr. Baracka O Bama ran for A election to be a Senator for a Senate Position - and he won, and became the # Second Black Senator, and President Baracka O Bama he stated to me steal All his air time for History being a Senator in the Public eyes, also he stated Faced Threats on his life ect. because the Police did ask him to be The President he Refused

Facts -C-3
Page 1-C-3

Then he went to jail about being out of the way of President Baracka O Bama - Then his identity was copied of the man life. I also can have MR Obama That is The Senator come to court in my behalf, but there would be two Baracka O Bama, also in his own behalf with his lawyers The Senate, ect

D)

My suffering stating what happen- President O Bama / not the Senator / O Bama gave me sugar diebeases - In his First term, and my mother know of this because she use to give me injection of Diebetic medication - Also my sisters and Brothers know I was diebetic for a long time, had two doctors at River Parish Hospital know, I was diebetic, and was hospitalize there at River Parish, My doctor was a Dr. Reids, in LaPlace Louisiana, St John The Baptis Parish. I was suppose to die of the desease from Baracka O Bama, I left LaPlace Louisiana 2014 and went to fight a war in Washington, against Baracka O Bama not The Senator Baracka O Bama, and I Film The war a "true story" and I cured myself from the desease of being diebetic, a medicine I made, and I haven't took any shots since June 2014 up until now and don't need any Insulin shots

E.)

1. I also sign a war against The President Baracka O Bama with the war inteligence That have a house in my own white house call LiL Pete George Washington That is Vernell Edwards white house, The First time I sign a war I was LiL Pete Isreal, over The whole Isreal, Then The President of Africa- I sign a war because, I received the check from the United States of America for all the shelters Missions President Baracka O Bama was over, Then I Receive the check to be over The meals in all the Shelters, and missions, which President Baracka O Bama with a Bill Gates of the white race wouldn't Allow I to cash the checks, even The President check because they was making copies of the LiL Pete's I made to loose me on a Planet that was made so one of the LiL Pete I made could receive my check while I be out of the real world

E.) continue Facts

- trap on Planet ↗ Wart Planets was made by a sceincitist in NASA/ because a President George W Bush Jr. stated I was to Big to be in/USA/ that I need to be on a Planet However, I suffer under void from the Banks from a President Baracka O Bama A Bill Gates, A Clearance Moseman/ a Alex Cook SR. / a Sherman Walker a detective / detective (errorx) from LaPlace Louisiana / A Donald Triumps / and a Prince Charles from England/ all was my identities as (The Man) From the Crowning of the Man see deffenition of Crowing or a Crowning of a Kingdom/Throne such as the Royal Crowning of King Edwards or Queen Elizabeth /

F.)

I left New York Shelter, because I could not receive any mail from my Fans wives Friend or childrend, or lawyers or secretraries, also because of the War I sign against President Baracka O Bama, I was also being stalk by Baracka O Bama The President and the Dragon Society/ because these men and sociey of the Dragon took over New York, I have New York witnessies, These men would Rob Banks dailey, I found Bank Employee dead, also some of the Federal Government/ Then these men wanted to cover up their action on the Banks Employee, people of the community These ~~are~~ men murdered; a liedective test can prove these allegations is true, and wanted to state, I am in a movie for life. Unheard of to me a movie I did refuse to do because I am trying to straighten up my life and actress wives lives.

G.)

I am Bill Gates, as a Black Man, when I was crown Bill Gates I was like 15 or 16 years old also my wife Rita Mongumary from New Orleans Louisiana/ I married Rita and she became Rita Gates, I married Rita again, and she became Rita Gates Ann Edwards, I became Lil Pete Bill Gates That is Vernell Edwards, and I am The Richest Man in the world living in a shelter, because of Bill Gates of the White Race and Baracka O Bama, The imposing President/ they made a mistake, and gave my money to the white Bill Gates that isn't Bill Gates at all, I know his mother and she always shut him down for me with the truth. These men hold congregational meeting in a co hoosch with the Dragon

Page 5-C-3

Facts - C-3 Continue - Defendant Actor Will Smith / STATE OF Philadelphia / owner -

A.) I am Vernell Edwards mother was my wife her from the Throne of Ethiopia and King Davaid & King Solomon Throne and Kingdom Royal Kingdom and Throne of Haile Selassie Lil Pete - / her my wife had I in New York Hospital in 1973, Doctor Philiph-deliver me and her name was name now today is Patricia Wallace, because she married me being John Wallace United States of America Army man that was high rank in mostly everything" but from the decrowning other John Wallaces was created and

B.) also Patricia Wallaces

I married Jada Pitkits, because she was my wife Lisa Mattews that had to be my cousin from the decrowning - also Lisa Mattews childrend is Jada Pitkits childrend Rena Mattews - Lisa Mattews Mother is my wife when I am Leon Mattews - now I never had two sons by Rena Mattews name Dywane Mattews and Leon Mattews Jr but we had two sons - and as Leon Mattews Sr. Lisa Mattews had to be my daughter, but I am Dywane Mattew and Leon Mattews Jr.

C.) Jada Pitkits married me just as Lil Pete, but Lil Pete was the Father name over every thing - but when I was reraise from being President Vernell Edwards Lil Pete became a nick name for Vernell Edwards - also from the decrowning where I was born at was change from New York Hospital - to Charity Hospital in New Orleans Louisiana - Then when Clearonce Moseman took over everything by murdering all the Government important people that know who I was, the exile of me was type and lodge in the computer like I didn't own anything, and wasn't the King of Kings and Lords of Lords Jesus Christ with her being my wife Mary and Mother because I was Joesph & Jesus, A ngel He a Angel told about Jesus Christ & Haile Selassie was Crown Jesus Christ for A.D.

D.)

Facts age 4 C-3

Jurisdiction

Major of a Felcon some how was place over Jada and I, and one day in our marriage as Jada Pitkits and Lil Pete - The Majors told me and Jada Pitkits that I was going to be Will Smith - I stated No! but Majors of a Felcon made Willsmith the actor identity - and facial look, that I as Lil Pete Vernell Edwards had to change over to

E.) Facts continue - Defendant - Actor Will Smith / STATE OF Philadelphia / owner Will Smith from being VERNEll EDWARDS - with something I had to eat, and drink some of a secret - but when I came out from NEW YORK to Philadelphia, I had Jada with me - I arrived here in Philadelphia Pennsylvania 6/3/2015

F.) Jada Pithits Remarried and I change my name from Will Smith and married Jada Pithits as Lil Pete VERNEll Edwards and Jada name became Jada Pithits Ann Edwards - Then I Ran for the Governor and Jada Pithits Ran for the Mayor of Philadelphia - Jada and I have deeds of the old and New Philadelphia states My First wife of Philadelphia we Remarried and she became LaDreami Ann Edwards

G.) I won the Governor Position & Jada won the Mayor Position I also have the Governor check for the STATE of Philadelphia and my wife Jada Receive the check for her Mayor Position. I am station at the station House a shelter on N Broad streets Pennsylvania Philadelphia 19132 zipp code Rear Enterance Jada and I have the Estates of WillSmith also the deeds-LaDreami and I have the Estates of Philadelphia also of our Businesses ect over the Major of a Felon will Smith that have more than one copy of Will Smith also my wife Jada Pithits and childrend, I mean of the same idental look alike of the same identity with ID card of identification made from their Major base Major of a Felon - Fraud

H.) Therefor I File This complaint and claim for I and Jada to Prove we are the Rightful owners of Philadelphia with LaDreami - I also want to state my daughter in our First stage of Marriage is my wife not daughter - but we do have a daughter when Jada Lisa Mattew her name is Brithaney Matthews, However there is other Lisa Matthews - that isn't up to part as Jada, that is mentally ill Jada Pithits not, but we all had to go through a mental psych evaluation to regain a inteligents for a Star in the Entertainment Government - but the Government leave the History - and didn't erase The Mental History - because I went to Harvard University also Jada Pithits Ann Edwards

Facts
Page 5 C-3

A) Facts - continue - Defendant Bill Gates - the Richest man in the world) I being President Verne Edwards have a Bill Gates Family From The Royal Throne and Kingdom of Bill Gates/ I mett Rita Mongumory in New Orlean Louisiana when I was 15 year, and Rita was 14 or 13, we got married in Africa United States of America I was Li'l Pete Bill Gates Vernell Edwards Black - Rita became Rita Gates, That was a secret Mirilyn Monroe the actress, we had two sons Fred, and Clard Gates is my sons - we have more than one son - but it was document at one time Rita had one son Fred Gates

B) The white Bill Gates walk in a Bank call Capital One Bank, and stated I am Bill Gate in LaPlace Louisiana, and in the state of California Banks, For the Banks to give him Bill Gates money without ID ect, and one Bank yell out stated Mr. Gates is here Mr. Gates is here Repeated-ly until the Banker ask him what he wanted and he only took a more than 5 Thousand cash, and had my whole Bank account because at that time no one knew who Bill Gates was, but everytime My wife Rita Gates was without money - she tried the account from our Estates, and couldn't receive not one dime, and this been going on over a decade me, and Rita was with -out our Richest people in the world money

C) but in the year 2014-2015 I found out the white Bill Gate also talk to the man with his Mother" and she told him that he isn't Bill Gates and stated his Real name but my secretvary have it on file, also Clearonce Mose Man, Leon Matthews Sr. Prince Charles Donald Triump & Howard Huttger started being a cohooch to be Bill Gates in the same facial identity - because I was Li'l Pete Donald Triump have my wife to prove these allegation also a lie dective test can prove these statements in documents is true However, I tried to place more money in the Bank more than Bill Gate had a talk with Real Banker and cut them out money because Vernell Edwards Richer than Bill Gate but is the same man, Just my social security number state I am Bill Gates

(Facts Page 6-C-3)

D) Facts-continue- Defendant Bill Gates - The Richest man in The world) of Vernell Edwards 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 I also was deducted, and frauded out of my social security from Baracha o Bama, and Bill Gates, in the social security office I took to the social security of The Real world and they was murdered by a Baracha oBama and didn't know I was Frauded out of my Retirement money I stating that I worked at dupont Plant in a timer" and the Job Required a timer, I work for 47 years or so and told my boss I'm Retiring I Retired, and File for Retirement social security was approve case manager was Mrs Redeam. A Darrek Re Nored End up with my Retirement money- I was Approve in year 2000 up until now I been Receiving the lowest income, I did alarm Horlem NewYork office left document for investigators. and Bill Gates, and the Preemium Government was cutting my check in NewYork for a 90 days stating Medicare and Medicaid was cutting the check, I went to The Medicare office with Rita Gates my wife - and by my self and the Mediccid office stated they didn't cut my check neither Medicare, because that was free of charge. I'am also stating I own social security also Rita and I have a social Security office and Administration we own. I question the men as BillGates They wasn't smart men in the identity Plus there is only one BillGate Not a string of me or C as Bill Gates

E)

I am writing in Facts that I can Prove to the court of The Pennsylvania Eastern District Court that I am The Real Bill Gates with my Wife Rita Gates and married me as Vernell Edwards and, become Rita Gates Ann Edwards, she also my same Robert Kennedy wife when I was Black Robert Kennedy, The same RobertMarley That is Reggae King Bob Marley married Rita Marley, and I still live as Vernell Edwards After the death of The Reggae King Bob Marley and when I was Bob Marley I was Haile Selassie I and Rastafari Lil Pete Haile Selassie I, Then when I was Vernell Edwards with my mother Patricia Wallace, other Bob Marley's and Haile Selassie was made, by Clearance Moseman and a Carlos Marceles and After the death of these two men I went to be Vernell Edwards from the burial

Facts Page 7-C-3

A.) Facts continue - Defendant - The Presidents of the United States

I first like to state that I am Lil Pete and the Father of creation and Et-God from the Movie Et, and I do own Entertainment as Lil Pete and Black Entertainment call B/ET in the Entertainment Government- I am not a Alian but a Supremacy the United States of America Re Beam (ARMY) was over my Jurisdiction as Et being God to the United States of America Government

B.)

All the President know I made the First White House as George Washington the First President, then I made a White House as President Vernell Edwards I have deed to them I also made a White House as God Almighty being Al Coupon - Then become President Mr. Al Coupon" And I never was white as Al Coupon but Black, I have witnessies to prove these Allegations- I also can prove these Allegations against the Presidents- with All my President wives, because some (ONE) put a man or General in the United States of America Army to make my President wives set with the Presidents that made History of my Electional winning as the President each term- I would win, but another man be position to be with my wives while I be held in exile by Clearance MOSE MAN- and a Rena Mose Mose- that Replace my wife Rena MOSE MAN everyone call MOMA Rena- However the White House Cabinet have all the Films of the Murdering of the Dragon society Clearance MOSE MAN in also of the Decrowning and the Grinding up of My body as George Washington & the Change of

C.) my wife Rena Mose Moseman

I am Ronald Regan I was Black then From the election winning they made me white even as a western cowboy actor I was Black as Ronald Regan First also as George Washington - I Posed, and took the Picture For the Money Printer crowning as George Washington and also can Prove I made the White HOUSE with a Money Printer and made the whole Africa and Every country in the White House, but some-thing happen when I was Ronald Regan My Face was pull off the sparks, then the man Pick to be Ronald Regan with Clearance MOSE MAN & Carlos Merceles two Bosses of Louisiana - become Ronald Regan with my wife and there was threats on Nancy and a Pressing not to be Engage with me (ME) as husband & wife

Facts Page 8-C-3

A.) Facts continue - Defendants The Presidents of The United States of America George Bush Jr. & Sr. I married BarBra Bush From the burning Bush crowning then I married Laura Bush in Africa because was 6 year old Then was made young and old Then I made my self George W Bush Jr. Crown myself with Laura Bush Black, and she was white, Then Hilary come out of Laura Bush herself, Then I crown myself with the same crown Bill Clinton, and Bill Clinton Facial identity in George Bush crowning - Then I married Hilary and she become Hilary Clinton. when I won the Election as George Bush Jr. I was in astacadero State Hospital and the white House officials Pick up the wrong Person to be with My wife, both of my wives suffered from white House officials decision for my wives to set and be with this other Bill Clinton, and George Bush Both the High Bush, and the son George W Bush, but I did make a look alike to be The President with them, but These MEN End up dead

B.) George Bush SR & George Bush JR is the same MAN
I have both Laura Bush & Hilary Clinton with me. also Cheasey Clinton isn't me and Hilary Clinton doughter, that is my other wife. I am also Abraham Lincoln and have my wife with me, I am also Randy Hamilton, and have my wife with me I am also President Sidney Jackson and President Tomas Jefferson have all my wives to Prove these Allegations Therefor I vs any President in a court that all these Allegations is true, I am also Benjamin Franklin and President James Myers The 1000 dollar Bill President, I am also President Grant The Bill wasn't suppose be 100 or 50 dollar, but 5,000 dollar Bill I have the money Teasury of the Bill to prove my Allegation I am Bringing befor The Eastern District of of Pennsylvania Philadelphia, court these President going to meet the Presidents I made Presidents for The identities I mention the defendants are, because Right Now They're assitance President with assitance President Albert Gore. I also sign a war against Cleorence Moseman with The War inteligents at the White House the documents set there, and what type of war, The war inteligents have a house in the White House, Cleorence Moseman was All the

Facts continue From Page 9

A.) I am and was President Dr Martin Luther King with my wife Corrella Scott King and when I was Martin Luther King I was Melcom x The President same Term, I NEVER got Assinated as these MEN, but a copy did, I never was assinated as John F Kennedy - I also was over the whole Federal Government as J. Edgar Hoover code 12 Then Vernell Edwards come up my wife is Betty King now Today, not Betty Shabazz) and The Reason why all this information is being brung befor the court, because I can prove these men throwed a Terrorist act on America since 1994 when a mental History was build upon me But Iom now a Doctor psychologist and psycheritrist to qote eny psych Doctor about my

B.) Position

because as Vernell Edwards Iom King Edwards and King David

(Facts continue From Page 9 to Defendant Prince Charles)
Prince Diana death was Frame she was NEVER dead or die in a car crash, when I got crown Prince Charles I was Black, the Princess Diana was white, when the Royal Throne People ask me to be white, I state that isn't a good idea, but I am going to try it when I did I still was King Edwards and King Edward, and as King Edwards I own The whole Royal Throne and Kingdom of Edwards England and own the Royal Throne and I was crown the Lord as King Edwards and the earth the Lord, I NEVER went in exile it Just when these men seen me Decrown myself to Recrown myself they started to attack the man that was doing the "crowning" so the only safe crown was making myself a baby in one of my wives or crown women - I walk out my own Kingdom here in Philadelphia can't get Nothing Free. that is the Reason For these Allegation to be submitted in Facts. to the Pennsylvania Philadelphia court/I also want to add that I Married Michell O Bama that ask to walk with President Baracka O Bama the children is made up the Blood of Baracka O Bama wont match with Michell O Bama, she is now Michell ana Edwards with Edwards Administration as my wife

Facts Page 10 C-3

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  MY liFE - back as The Chief President George Washington

Defendant(s) state(s) of citizenship  claiming NAMES of Bosses - of KingDom & Thrones

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? iN The uniTED STaTE whiTE House iN NumbeRous of STaTES

B.  What date and approximate time did the events giving rise to your claim(s) occur? 1971 I was PresiDent VeRNELL EDwaRDs and EveRyone wenT iN a TimeR - because was CRowN God as Haile SElassie - EmPeRoR of Ethoípia AFRica

C.  Facts: [What happened to you?] I was attack long time ago as VerNell EDwaRDs I was The President of The uniTED STatEs of America - with my own money one Thousand dollar Bill - my Regeion as President VerNell Edwards was Erase From the Public and Media Eyes - I was crowN - Then DecrowN - United KingDom Hold the Decrowning - and Faces of my crown identity as The MAN was Remove from orders of These MEN militRARy Polices - And MAFIA which was the DragoN Sociey iN 1971, I had To be Reraise with my wife Her as a MoMA - [Who did what?] The Defendant Clearance Moseman a Daddy Red made his self my Grandfather made my wives be my Cousin iN Nid - also he became a MAFIA & GovernmenT Boss I was because I am Clearance MAN everyone Call Daddy Red - From the Decrowning My Face was tooken off The spanks like the movie Face off by Nicolus Cage The actoR - and a Face MechiNE sucTion would Pull Every crown Face [Was anyone else involved?] off of me - Then a control Feeding was Pass down also A Aging From ReNA MAN Mose and Clearance MoseMAN over our Government Feeding now Today All the Presidents invovle as a defendant since, I was All The Presidents iN diffrent identities" The Presidents now Today stalk my wives that married I as Presidents - I am also Robert KeNNedy and All the KeNNedy MeN, but did made sons to be iN The KeNNedy men identities - I was God Black & White and Place people [Who else saw what happened?] From The Crowning iN Families also my childrend - My wife HER Seen The Decrowning and The united states ArmY men, and My sons The Li'L PeTe's iN The United States America Army seen The decrowning / I was also All the News Boss of The EyeWitness NEWS, I will stAte on Attach sheets Each Person iNvolvement.

Rev. 10/2009                    - 3 -

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I had to take die betic Medication for Baracka o Boma The President also psych Medication about my wife Jenet Jackson when I stated she was my girl friend in 1994 now today Jenet Jackson is my wife, I did go to school High school and college Harvard university Major in psychology and a Major in Law and Major in a Medicine doctor" This suffering an Mental Histories of me been going on since 1994, because when I got Shot I didn't get shot but my Embreem got shot and the Person I left there a Dr white from Santa Anna county Jail in the State of California started a mental History for a other R&B singer R. Kelly that stoke a song From I being R&B singer R. Kelly call the old school Remix single Bumpin Grind song: The Mental History started in court when I mention the song and that I was in Jail because of the song / I never had a Record criminal Record I prove all in court, but I left there in the same likeness of my identity did go to Jail

V.   Relief: I had to serve the time

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I first like to explain the Claim, I am bringing be for The Eastern court of Pennsylvania Philadelphia is high tech, because these defendents is dangerous and have money to Pay attorneys Militeries, Police officer ect. I am ask for the court to contact the United Nations Judges for Bill Gates and President Baracka O Bama since the MEN made History around the world and Transfer the court to The Philadelphia of Pennsylvania World Federal Court Areana There Everyone can be SAFE and Fit inside the Pennsylvania World Federal Court AReena I am also ask the court to approve of both form of Claim one is Typed and one is written under a non educated air in the shelter/ My Claim I asking for the amount from the Deffendant is the money I left there when I was those MEN for President Baracka O Bama I am Suing for the amount of 100,000 Ruperanees Is Ruperanees Reels dollar see England Bill of myself it all the money in the world on a England Bill The Rest the Deffendants living off my money also the President Everything Just Need to be transfered over If I win in court

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **22** day of **Monday** , 20**15** .

Signature of Plaintiff _Pernell Edwards_
Mailing Address _2601 N Broad St Station House_
_Pennsylvania Philidelphia #F_
_19132_
Telephone Number _646-642-2647_
Fax Number *(if you have one)* ____
E-mail Address ____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ____
Inmate Number ____